In the Matter of the Petition of PATRICK J. KILGALLON, Administrator, etc., of MARGARET AGNES KILGALLON, Deceased, etc.— Motion granted unless within twenty days appellant file a bond as prescribed by the Code of Civil Procedure. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

SEXAUER & LEMKE, Respondent, v. LUKE A. BURKE & SONS COMPANY and Others, Defendants. GLOBE INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

LEA LEWIS, Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

RUDOLPH WILLIAM LOTZ, Respondent, v. STANDARD VULCANITE PEN COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

SAMUEL H. LUMMIS, as Trustee in Bankruptcy, etc., Appellant, v. J. SPENCER CROSBY and Others, Defendants. ANNA H. STIER, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Reargument ordered, and case set down for April 11, 1918. Present — Jenks, P. J., Thomas, Rich and Putnam, JJ.

SARA LYNCH, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ALMA F. MAITLAND, as Administratrix, etc., of JOHN MAITLAND, Deceased, Respondent, v. WOLF GREENBERG, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAXWELL KATZ, Respondent, v. HERBERT S. SISSON, State Commissioner of Excise, etc., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

AUGUST F. SCHRADER, Appellant, v. GUSTAVE C. C. SCHRADER and Others, Respondents.— Motion for substitution granted. Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

WILLIAM C. SHIELDS, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

FRANCIS L. SKELLY, as Trustee, Respondent, v. JAMAICA BAY MANUFACTURING COMPANY and Others, Defendants. FRANKLIN CHAMBERLIN and JOHN JAMIESON, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JULIUS THALHEIM, Respondent, v. MAGGIE A. SLOTE, Appellant.— Motion denied, with ten dollars costs, with leave to appellant to answer within ten days after service of the order herein. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.